UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NEHAFLIX.COM, INC. AND
NEERAJ KUMAR : DOCKET NO.: 3:07-CV-00194-VLB
   Plaintiff

V. :

SHIVESH KUMAR AND
VARTIKA KUMAR
   Defendants : NOVEMBER 25, 2009

## DEFENDANTS' MOTION TO DISSEMINATE PLAINTIFF'S CONFIDENTIAL INFORMATION

The defendants and counterclaim/third party plaintiffs, Neeraj Kumar and Nehaflix.com, Inc., hereby request permission to disseminate confidential information to a newly retained expert, Henry Dodenhoff, of Computer Data Forensics, LLC, Middletown, CT. He specializes in computer forensic analysis and has more than 30 years experience as a law enforcement investigator. Pursuant to the Court's Order (Doc. 110), attached hereto is the confidentiality agreement signed by Mr. Dodenhoff, confirming that he has received, read, understands and agrees to abide by the terms of the confidentiality agreement.

Mr. Dodenhoff was retained to review any and all computer files, including all topics disclosed by the plaintiff and counterclaim/third party defendants, including but not limited to file transfer logs, the server image obtained by the plaintiff's expert (which was only provided

to the undersigned sometime Friday (11/20/09), but not received by the undersigned until 11/24/09, and the email list provided by the plaintiff. Mr. Dodenhoff will review all logs for accuracy and to determine whether any information therein may have been altered, changed or deleted.

WHEREFORE, defendants request permission to disseminate confidential information to their expert, Henry Dodenhoff.

DEFENDANTS AND COUNTERCLAIM/THIRD PARTY PLAINTIFFS,

/s/Kristen Schultze Greene, Esq.
Kristen Schultze Greene (Fed. Bar #ct 19013)
Michael Feldman, Esq. (Fed. Bar #ct 06649)
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032
(860) 677-0551
(860) 677-1147 (fax)
kristensgreene@feldmanhickey.com
michaelfeldman@feldmanhickey.com

## CERTIFICATION OF SERVICE

I hereby certify that on November 25, 2009, a copy of Defendants'/Counterclaim and Third Party Plaintiffs' Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Paul Ruszczyk, Esq.
rctlawyer@aol.com
408 Highland Avenue
Cheshire, CT 06410
Tel. No. (203) 699-9984
Fax No. (203) 699-9408

Thomas Rechen, Esq.
Trechen@mccarter.com
Vanessa Roberts, Esq.
vroberts@mccarter.com
McCarter English
CityPlace I
185 Asylum Street
Hartford, CT 06103

/s/Kristen S. Greene
Kristen S. Greene, Esq.

# CONFIDENTIALITY AGREEMENT

I, Henry Dodenhoff, agree as follows:

I am cofounder or Computer Data Forensics, LLC, a consulting firm specializing with eDiscovery and computer forensic analysis for corporate clients and civil litigants. I have more than 30 years experience as a law enforcement investigator including twenty-one years specializing in white collar fraud investigation, and 8 years in computer forensics.

I have been retained by the defendants in the case <u>Indiaweekly.com, LLC v. Nehaflix.com, and Neeraj Kumar</u>, docket no. 3:07-cv-00194-VLB to examine computer files, including an image of the Indiaweekly server and an email list supplied by Indiaweekly. I understand that such computer files are the subject of a protective order issued by the court. I have received, read, understand and agree to abide by the terms of the protective order, which is attached hereto as **Exhibit A**. I understand that none of the protected information is to be disclosed to Neeraj ("Nick") Kumar, or any third party, and that all such information is to be returned to counsel at the conclusion of this litigation.

_____  11/24/09
Henry Dodenhoff
Computer Data Forensics, LLC

| | | |
|---|---|---|
| 09/18/2008 | 58 | Memorandum in Opposition re 41 MOTION to Dismiss *Counterclaim and Third Party Complaint* filed by Nehaflix.com, Neeraj Kumar Inc. (Greene, Kristen) (Entered: 09/18/2008) |
| 09/18/2008 | 59 | NOTICE by Nehaflix.com, Neeraj Kumar Inc re 56 MOTION for Protective Order, 55 First MOTION to Quash *certification of consultation* (Greene, Kristen) (Entered: 09/18/2008) |
| 09/18/2008 | 60 | First MOTION to Amend/Correct 22 *Answer, Special Defenses and Counterclaims* by Nehaflix.com, Neeraj Kumar Inc.Responses due by 10/9/2008 (Attachments: # 1 Exhibit amended special defenses and counterclaims)(Greene, Kristen) Modified on 9/19/2008 to create link to Doc. 22 (Ferguson, L.). (Entered: 09/18/2008) |
| 09/18/2008 | 61 | First MOTION to Amend/Correct 30 *Third Party Complaint* by Nehaflix.com, Neeraj Kumar Inc.Responses due by 10/9/2008 (Attachments: # 1 Exhibit Amended Third Party Complaint)(Greene, Kristen) Modified on 9/19/2008 to create link to Doc. 30 (Ferguson, L.). (Entered: 09/18/2008) |
| 10/01/2008 | 62 | Consent MOTION for Extension of Time until 10/09/2008 to Respond to Objection to 41 Motion to Dismiss by Indiaweekly.com, LLC, Shivesh Kumar, Vartika Kumar. (Twilley, Richard) Modified on 10/3/2008 to create link to Doc. 41 (Ferguson, L.). (Entered: 10/01/2008) |
| 10/01/2008 | 63 | ORDER granting 62 Motion for Extension of Time. So ordered. Signed by Judge Vanessa L. Bryant on 10/1/2008. (Fontaine, L.) (Entered: 10/01/2008) |
| 10/01/2008 | | Set/Reset Deadlines as to 41 MOTION to Dismiss *Counterclaim and Third Party Complaint*. Responses due by 10/9/2008 (Ferguson, L.) (Entered: 10/03/2008) |
| 10/03/2008 | 64 | ORDER granting 56 Motion for Protective Order. A protective order is issued limiting dissemination of protected information to counsel. Counsel shall not disseminate protected information to any party without the order of the court. Any request for court order must, in clear and concise terms, supported by legal authority, request permission to disclose information. Protected information shall mean proprietary business information and trade secrets, including, without limitation, customer lists. Plaintiff shall provide said information on equal terms to Defendant. All protected information shall be returned within 20 days of the close of litigation. Protected information shall not be limited by date. So ordered. Signed by Judge Vanessa L. Bryant on 10/3/2008. (Fontaine, L.) (Entered: 10/03/2008) |
| 10/03/2008 | 65 | ORDER denying 55 Motion to Quash. See order on motion for protective order 64. Signed by Judge Vanessa L. Bryant on 10/3/2008. (Fontaine, L.) (Entered: 10/03/2008) |
| 10/09/2008 | 66 | REPLY to Response to 41 MOTION to Dismiss *Counterclaim and Third Party Complaint*, 61 First MOTION to Amend/Correct *Third Party Complaint*, 60 First MOTION to Amend/Correct *Answer, Special Defenses and Counterclaims* filed by Indiaweekly.com, LLC, Shivesh Kumar, Vartika Kumar. (Attachments: # 1 Affidavit Declaration of Richard Twilley, # 2 Exhibit A to Declaration of Richard Twilley, # 3 Exhibit B to Declaration of |